```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
KRINA DOURAMANIS,                                          :
                                                           :
                              Plaintiff,                   :
                                                           :    20-cv-5825 (VSB)
             -against-                                     :
                                                           :        ORDER
DUR-AMERICA BROKERAGE INC., and                            :
GEORGE DOURAMANIS, individually,                           :
                                                           :
                              Defendant(s).                :
-----------------------------------------------------------X
                                                           :
DUR-AMERICA BROKERAGE INC. and                             :
GEORGE DOURAMANIS,                                         :
                                                           :
                  Defendants-CounterClaimants,             :
                                                           :
             -against-                                     :
                                                           :
KRINA DOURAMANIS,                                          :
                                                           :
                  Counterclaim Defendants,                 :
                                                           :
DUROGUARD CORPORATION,                                     :
                                                           :
                  Additional Counterclaim Defendant.       :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Plaintiff's December 17, 2020 motion for leave to file her First Amended Complaint.  (Doc. 22.)  Accordingly, it is hereby:

ORDERED Defendants shall issue any response to Plaintiff's motion for leave on or before January 11, 2021.  Plaintiff is directed to file any reply on or before January 18, 2021.

SO ORDERED.

Dated: December 22, 2020
      New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge