```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   20cv5825 (DLC)
KRINA DOURAMANIS,                          :
                                           :        ORDER
                    Plaintiff,             :
                                           :
        -v-                                :
                                           :
DUR-AMERICA BROKERAGE INC. and GEORGE      :
DOURAMANIS,                                :
                                           :
                    Defendants.            :
                                           :
----------------------------------------- X

----------------------------------------- X
                                           :
DUR-AMERICA BROKERAGE INC. and GEORGE      :
DOURAMANIS,                                :
                                           :
                    Counterclaim           :
                    Plaintiffs,            :
        -v-                                :
                                           :
KRINA DOURAMANIS and DUROGUARD             :
CORPORATION,                               :
                                           :
                    Counterclaim           :
                    Defendants.            :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on October 19, 2021, it is hereby

ORDERED that the case management plan entered on April 4, 2021 is amended as follows. The following schedule shall govern the further conduct of pretrial proceedings in this case. The

defendants shall file a proposed confidentiality order by **October 20, 2021**. The plaintiff shall provide her medical release forms to the defendants by **October 27, 2021**. All remaining document production must be completed by **October 29, 2021**. All depositions must be completed by **January 28, 2022**.

IT IS FURTHER ORDERED that plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by **February 11, 2022**. Defendant's identification of rebuttal experts and disclosure of their expert testimony must occur by **March 4, 2022**. Depositions of expert witnesses must occur by **March 25, 2022**.

IT IS FURTHER ORDERED that this case will be referred to mediation to occur in **April 2022**. The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that any motion for summary judgment will be served by **May 28, 2022**. Any opposition must be served by **June 10, 2022**. Any reply must be served by **June 24, 2022**.

IT IS FURTHER ORDERED that in the event no motion is filed, the Joint Pretrial Order must be filed by **May 28, 2022**. As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the

Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

    SO ORDERED:

Dated:    New York, New York
           October 19, 2021

                                    DENISE COTE
                            United States District Judge