USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRINA DOURAMANIS.,

                                    Plaintiff,                    **ORDER SCHEDULING CASE**
                                                                 **MANAGEMENT CONFERENCE**
               -against-
                                                                 **20-CV-5825 (KHP)**
DUR-AMERICA BROKERAGE INC, and GEORGE
DOURAMANIS.,

                                    Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

         A Case Management Conference in this matter is hereby scheduled for

**Thursday, May 19, 2022 at 11:00 a.m.**  Counsel for the parties are directed to call Judge

Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code:**

**4858267**.

         SO ORDERED.

Dated: March 28, 2022
         New York, New York

                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge