

September 19, 2022

**VIA ECF**

The Honorable Katherine H. Parker, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Douramanis v. Dur-America Brokerage Inc. et al
      No. 1:20-cv-05825-KHP

Dear Judge Parker,

Please be advised that I represent the Plaintiff in the above action. I write this letter to respectfully request an adjournment of the in-person status conference currently scheduled for September 28, 2022. This is Plaintiff's first request for an adjournment of the status conference and counsel for Defendants consents to this request.

I will be traveling out of state on September 28, 2022, and am unable to appear in person. Nevertheless, I am available to appear telephonically. If Your Honor wishes to conduct the conference in person, the parties are available the afternoons of October 6, 11, 13, or 14. Please let me know if Your Honor requires additional availability.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

/s/Zack Holzberg
Zack Holzberg

Cc: Counsel for Defendants (via ECF)

---

**APPLICATION GRANTED:** The Case Management Conference scheduled for September 28, 2022 at 10:15 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, October 11, 2022 at 12:15 p.m.**

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.
09/19/2022

---

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2905, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com