UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

    KRINA DOURAMANIS.,

                         Plaintiff,

             -against-

    DUR-AMERICA BROKERAGE INC, and GEORGE
    DOURAMANIS.,

                        Defendants.
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

**ORDER SCHEDULING CASE
MANAGEMENT CONFERENCE**

**20-CV-5825 (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      As discussed in the December 12, 2022 conference, the deadline for fact discovery is extended to **February 10, 2023**.

      Expert discovery shall proceed concurrently.  The deadline to provide expert reports is **January 31, 2023**.  The deadline for rebuttal expert reports is **February 28, 2023**.

      The Plaintiff shall also produce any 1099s or tax returns for 2021 and 2022.

      A Case Management Conference in this matter is scheduled for **Tuesday, February 14, 2023 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:     New York, New York
            December 21, 2022

                                 *Katharine H Parker*
                              _____

                                KATHARINE H. PARKER
                                United States Magistrate Judge