

February 13, 2023

**VIA ECF**

The Honorable Katherine H. Parker, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Douramanis v. Dur-America Brokerage Inc. et al
No. 1:20-cv-05825-KHP</u>

Dear Judge Parker,

Please be advised that I represent the Plaintiff in the above action. <u>I write this letter joined by Defendants' counsel to respectfully request a brief 30-day extension of the current discovery deadlines, as well as an adjournment of the status conference currently scheduled for February 14, 2023. This is Plaintiff's first request for an adjournment of this status conference and counsel for Defendants consents to this request.</u>

I sincerely apologize for the delay in bringing this to Your Honor's attention. I was on trial last week and had a miscommunication with Defendants' counsel regarding submitting this letter. Now that my trial is over, I conferred with Defendants' counsel and exchanged a draft of this letter today. <u>The parties are still completing the necessary discovery exchanges and will not seek further extensions.</u> Please let me know if Your Honor requires additional availability.

Thank you for the Court's attention to this matter.

Respectfully submitted,

DEREK SMITH LAW GROUP, PLLC

/s/Zack Holzberg
Zack Holzberg

Cc: Counsel for Defendants (via ECF)

---

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/13/2023**

**MEMO ENDORSED**

**APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Tuesday, February 14, 2023, at 3:00 p.m. is hereby rescheduled to <u>Monday, March 27, 2023 at 10:15 a.m.</u> in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York

**APPLICATION GRANTED**

*Katharine H. Parker*
Hon. Katharine H. Parker, U.S.M.J.
02/13/2023

New York City Office: One Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1835 Market Street, Suite 2905, Philadelphia, PA 19103 | (215) 391-4790
Miami Office: 100 SE 2nd Street, Suite 2000, Miami, FL 33131 | (305) 946-1884
New Jersey Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com