USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KRINA DOURAMANIS,

                           Plaintiff,           **ORDER**

      -against-                            20-CV-5825 (KHP)

DUR-AMERICA BROKERAGE INC, and GEORGE
DOURAMANIS,

                           Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed in the March 27, 2023 case management conference, the parties shall conduct all depositions the weeks of April 17, 2023 and April 24, 2023. By **April 3, 2023**, the parties shall write a letter to the Court, providing exact dates for the depositions within the two-week period.

By April 3, 2023, Plaintiff shall produce the expert report. By May 8, 2023, Defendants shall produce a rebuttal expert report, if any. The deadline for expert discovery is **May 31, 2023**. By **June 1, 2023**, the parties shall file a joint status letter with the Court, confirming that expert discovery and depositions have been completed. No further extensions will be granted to any of the above discovery deadlines absent a showing of good cause.

This case is referred to the Clerk of Court for assignment to the Honorable Sarah L. Cave for settlement. By **March 31, 2023**, the parties are directed to contact the chambers of the Honorable Sarah L. Cave to schedule a settlement conference in May.

The deadline to move for summary judgment is **June 30, 2023**. Oppositions and cross motions shall be filed by **July 28, 2023**. Reply briefs and opposition to cross motions are due **August 18, 2023**. The final reply brief is due **September 8, 2023**.

**SO ORDERED.**

Dated: March 27, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge