

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

| | | |
|---|---|---|
| MICHAEL A. MIRANDA*<br>STEVEN VERVENIOTIS<br>ONDINE SLONE<br>RICHARD S. SKLARIN°<br>MAURIZIO SAVOIARDO<br>ANDREW B. KAUFMAN±<br>LAWRENCE S. WASSERMAN*<br>———<br>*ALSO ADMITTED IN NEW JERSEY<br>□ALSO ADMITTED IN FLORIDA<br>±ALSO ADMITTED IN DISTRICT OF COLUMBIA<br>° RESIDENT IN WESTCHESTER<br><br>**WRITER'S DIRECT DIAL:**<br>516-741-7755<br><br>**WRITER'S E-MAIL:**<br>MMIRANDA@MSSSV.COM | THE ESPOSITO BUILDING<br>240 MINEOLA BOULEVARD<br>MINEOLA, NY 11501<br>TEL (516) 741-7676<br>FAX (516) 741-9060<br><br>WWW.MSSSV.COM<br><br>*BRANCH OFFICES:<br>WESTCHESTER, NY<br>NEW YORK, NY<br>WOODBRIDGE, NJ | **SENIOR COUNSEL**<br>LOUISE FASANO<br>ABRAHAM WARMBRAND<br>LAURA ALTO<br>GABRIELLA CAMPIGLIA<br><br>**ASSOCIATES**<br>RICHARD B. EPSTEIN<br>CHRISTOPHER J. LAMPERT*<br>BRANDON H. DORMAN<br>MICHAEL R. SEIDON<br>ANDRÉ S. HAYNES<br>JOSHUA A. SCERBO° |

> Defendants' request at ECF No. 92 is GRANTED. The settlement conference scheduled for May 24, 2023 is ADJOURNED sine die. By **June 1, 2023**, the parties shall file a joint letter indicating their availability in July 2023 for a settlement conference.
>
> The Clerk of Court is respectfully directed to close ECF No. 92.
>
> SO ORDERED.   05/18/2023
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Magistrate Judge Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: ***Douramanis v. Dur-America Brokerage, Inc. et al.***
Case No.: 1:20-CV-5825 (KHP)(SLC)
Our File No.: 19-167

Dear Judge Cave:

We represent the defendants-counterclaimants in the captioned sibling dispute. We write because of facts that were imparted to us by plaintiff's counsel on Tuesday evening, which necessitate us to request an adjournment of the May 24th in-person mediation.

Firstly, plaintiff's counsel advised on Tuesday evening of a death in the plaintiff's family. After expressing my condolences, he further advised that she was leaving for Greece today, and it was uncertain when she would return. I indicated that a letter should be written to Your Honor as soon as possible to advise and that he should keep me posted.

Plaintiff's counsel also advised that his State Court trial was running longer than expected, and that it might also cause him to be engaged next Wednesday, when the mediation was set. I advised him that I thought that he should write to Your Honor with the case name and so advise.

Further, these developments complicate the conclusion of discovery, as Judge Parker has ordered that plaintiff be deposed for an additional half day *before the mediation* and that both sides respond to all outstanding document demands before the mediation (ECF No. 89). Obviously, that cannot occur given plaintiff's situation.

**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

MAY 18, 2023
PAGE 2 OF 2

    I have tried to speak to plaintiff's counsel directly during the last 36 hours, but he has not gotten back to me as of this writing. I have also sent him electronic communications, but have not heard back as of this writing.

    In view of the foregoing, the defendants-counterclaimants must request that the May 24th mediation and all corresponding deadlines, including the mediation statement due by both parties tonight (May 18th), be adjourned until plaintiff's counsel can provide further information as to when his client will be available to be deposed and to attend a mediation.

    Thank you for your continuing attention to this matter.

                                            Respectfully submitted,
                                            **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                                            Michael A. Miranda

cc:    All parties via ECF