USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/02/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KRINA DOURAMANIS.,

                                  Plaintiff,

        -against-

DUR-AMERICA BROKERAGE INC, and GEORGE DOURAMANIS.,

                                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONIC DISCOVERY CONFERENCE**

20-CV-5825 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Discovery Conference in this matter is hereby scheduled for **Thursday, August 3, 2023, at 10:00 a.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

        **SO ORDERED.**

Dated: August 2, 2023
       New York, New York

*/s/ Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge