UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KRINA DOURAMANIS,

                               Plaintiff,

        -against-

DUR-AMERICA BROKERAGE INC, and GEORGE DOURAMANIS,

                              Defendants.
------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 8/4/2023

**ORDER**

20-CV-5825 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

As discussed in the discovery conference held on August 3, 2023, discovery is closed except for the items ordered to be produced by **Monday, August 7, 2023** during the conference. The parties shall reference the transcript for additional rulings and directions.

      **SO ORDERED.**

Dated: August 4, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge