

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

---

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
_____

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**WRITER'S DIRECT DIAL:**
516-741-7755

**WRITER'S E-MAIL:**
MMIRANDA@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**\*BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

**SENIOR COUNSEL**
LOUISE FASANO
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
_____

**ASSOCIATES**
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
…RÉ S. HAYNES
…A A. SCERBO°
…AME-TURNER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

October 16, 2023

Request GRANTED. The deadline for dispositive motions is extended to **Friday, December 23, 2023**

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE   10/23/2023

**VIA ECF**
Hon. Katharine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   ***Douramanis v. Dur-America Brokerage, Inc. et al.***
Case No.: 1:20-CV-5825 (KHP)(SLC)
Our File No.:  19-167

Dear Judge Parker:

We represent the defendants-counterclaimants in the captioned matter and write with the consent of plaintiff's counsel. In view of developments at the settlement conference before Magistrate Cave, the parties jointly request <u>a 60 day stay of all deadlines in the captioned litigation.</u>

The Magistrate has graciously agreed to continue the discussions and the parties have agreed to pursue the path outlined by the Magistrate, which process includes the use of third-party consultants.

As far as the outstanding discovery, day 2 of plaintiff's deposition has been conducted, but the remainder of plaintiff's husband's deposition has not been completed. The parties have agreed to table any disputes arising from the plaintiff's deposition and also defer scheduling the husband's until settlement efforts have been exhausted.

**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

---

OCTOBER 16, 2023
PAGE 2 OF 2

    Thank you for your continued attention to this matter.

                                    Respectfully submitted,
                                    **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                                    Michael A. Miranda

cc:    All counsel via ECF