

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

---

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
_____

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**WRITER'S DIRECT DIAL:**
516-741-7755

**WRITER'S E-MAIL:**
MMIRANDA@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**\*BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
LOUISE FASANO
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2023

December 12, 2023

**VIA ECF**
Hon. Katharine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

> Request GRANTED. The deadline for dispositive motions is extended to Wednesday, February 21, 2024.
>
> **SO ORDERED:**
>
> *[signature]*
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE   12/14/2023

Re:   *Douramanis v. Dur-America Brokerage, Inc. et al.*
      Case No.: 1:20-CV-5825 (KHP)(SLC)
      Our File No.:  19-167

Dear Judge Parker:

    We represent the defendants-counterclaimants in the captioned matter and write with the consent of plaintiff's counsel. The parties jointly request <u>a 60 day stay of all current deadlines which have not already expired in the captioned litigation</u>, as we are continuing to work with Magistrate Cave regarding the potential settlement of this matter.

    Thank you for your continued attention to this matter.

                               Respectfully submitted,
                               **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

                               *[signature]*

                               Michael A. Miranda

cc:   All counsel via ECF