

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/06/2024
```

# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO

*ALSO ADMITTED IN NEW JERSEY
°ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
* RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
516-741-7755

WRITER'S E-MAIL:
MMIRANDA@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL (516) 741-7676
FAX (516) 741-9060

WWW.MSSSV.COM

*BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA

ASSOCIATES
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT*
BRANDON H. DORMAN
WALDER THAME-TURNER*
JACQUELINE MCCONOLOGUE

September 6, 2024

**VIA NYSCEF**
Hon. Katharine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re: *Douramanis v. Dur-America Brokerage, Inc. et al.*
Case No.: 1:20-CV-5825 (KHP)
Our File No.: 19-167

Dear Judge Parker:

The parties are pleased to advise that the terms of the settlement agreement have been agreed upon and the agreement is expected to be fully executed next week. In addition, plaintiff's counsel will be actually engaged in trial next week in the following matter in the Eastern District before Judge Kuntz: 21-cv-05237-WFK-SJB Andrade v. Cultural Care, Inc. et al.

In view of the foregoing, the parties jointly request that the pre-trial conference currently scheduled for September 10, 2024, be adjourned without date.

Thank you for your courtesy in this matter.

Respectfully submitted,
**MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

Michael A. Miranda

cc:  All counsel via ECF

---

*Handwritten endorsement:*

Application Denied. The conference will not be adjourned unless the agreement is fully executed before September 10, 2024. So Ordered.

Katharine H. Parker
USMJ
9/6/2024