Case 1:20-cv-05825-KHP   Document 134   Filed 09/10/24   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/2024



# MIRANDA SLONE SKLARIN VERVENIOTIS LLP

---

MICHAEL A. MIRANDA*
STEVEN VERVENIOTIS
ONDINE SLONE
RICHARD S. SKLARIN°
MAURIZIO SAVOIARDO
ANDREW B. KAUFMAN±
LAWRENCE S. WASSERMAN*
LOUISE FASANO
_____

*ALSO ADMITTED IN NEW JERSEY
□ALSO ADMITTED IN FLORIDA
±ALSO ADMITTED IN DISTRICT OF COLUMBIA
° RESIDENT IN WESTCHESTER

**WRITER'S DIRECT DIAL:**
516-741-7755

**WRITER'S E-MAIL:**
MMIRANDA@MSSSV.COM

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

***BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
WOODBRIDGE, NJ

SENIOR COUNSEL
ABRAHAM WARMBRAND
LAURA ALTO
GABRIELLA CAMPIGLIA
_____
ASSOCIATES
RICHARD B. EPSTEIN
CHRISTOPHER J. LAMPERT°
BRANDON H. DORMAN
WALDER THAME-TURNER°
JACQUELINE MCCONOLOGUE

---

September 9, 2024

**VIA NYSCEF**
Hon. Katharine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Douramanis v. Dur-America Brokerage, Inc. et al.*
      Case No.: 1:20-CV-5825 (KHP)
      Our File No.:  19-167

Dear Judge Parker:

    The parties are pleased to jointly advise that the settlement agreement has been executed by both parties.  As such, we respectfully request that the pre-trial conference scheduled for September 10th be canceled.

    Thank you for your attention to the foregoing.

> **APPLICATION GRANTED:**  The pre-trial conference scheduled for **September 10, 2024** is adjourned sine die.  The Clerk of Court is directed to close this case.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 09/10/2024

    Respectfully submitted,
    **MIRANDA SLONE SKLARIN VERVENIOTIS LLP**

    Michael A. Miranda

cc:   All counsel via ECF